PROB 12C
(7/93)

Report Date: October 17, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 17 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mario Garcia    Case Number: 2:06CR00096-LRS-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 13, 2007

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base, in the Form of Crack Cocaine, 21 U.S.C. § 841(a)(1) and 18 U.S.C. 2 |
| Original Sentence: | Prison - 108 months<br>TSR - 60 months |
| Asst. U.S. Attorney: | Matthew F. Duggan |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: July 25, 2014

Date Supervision Expires: July 24, 2019

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mario Garcia violated the terms of his supervised release in Spokane, Washington, on or about September 30, 2014, by submitting a urine sample that tested presumptive positive for methamphetamine. The offender signed an admission of use form acknowledging he consumed methamphetamine on the noted date. |
| 2 | **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.<br><br>**Supporting Evidence**: Mario Garcia violated the terms of his supervised release in Spokane, Washington, on October 13, 14, and 16, 2014, by failing to attend substance abuse treatment as recommended. Collateral contact with Adept confirms the offender failed to appear on October 13, 14, and 16, 2014, for treatment services. |

Prob12C
Re: Garcia, Mario
October 17, 2014
Page 2

| | | |
|---|---|---|
| | 3 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mario Garcia violated the terms of his supervised release in Spokane, Washington, on October 15, 2014, by failing to appear for urine testing as required.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 17, 2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_James P. Hutton_
Signature of Judicial Officer

10/17/2014
Date